UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN P. MAHER, | ) | No. SACV 10-92-RSWL(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the Petition is dismissed for failure to state a cognizable federal claim.

DATED: April 25, 2011

*RONALD S.W. LEW*

---
RONALD S. W. LEW
Senior, U.S. District Court Judge